IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OLD REPUBLIC INSURANCE COMPANY, §
as subrogee of Phoenix Aviation Managers Inc. §
§
§
Plaintiff, §
§
§
vs. §
§ No. CIV 12-1156 KG/GBW
§
ECLIPSE AVIATION CORPORATION, §
§
Defendant. §

## **NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Marian B. Hand hereby withdraws as counsel for Defendant in the above captioned case.  Michael G. Smith hereby enters his appearance in this matter and Defendant will continue to be represented by Keleher & McLeod, PA (W. Spencer Reid and Michael G. Smith).

        Respectfully submitted,
        KELEHER McLEOD, PA

        By: /s/ Marian B. Hand
        W. Spencer Reid
        Marian B. Hand
        201 3rd Street, NW, Suite 1200
        Albuquerque, NM 87102

        ROSE • WALKER, L.L.P.
        3500 Maple Avenue, Suite 900
        Dallas, Texas 75219
        Telephone: (214) 752-8600
        Fax: (214) 752-8700

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via CM/ECF on this the 14th day of April, 2015 to all counsel of record as follows:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
Jeffrey Croasdell
Tyler M. Cuff
Post Office Box 1888
Albuquerque, New Mexico 87103

/s/ Marian B. Hand
Marian B. Hand

4842-5790-5699, v. 1